**SHUB LAW FIRM LLC**
Jonathan Shub (State Bar No. 237708)
*jshub@shublawyers.com*
134 Kings Highway E Fl 2
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (Pro Hac Vice to file)
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck, NY 11021
Telephone: (516) 268-7080
Facsimile: (516) 234-7800

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GIERWATOWSKI, | Case No.: 4:21-cv-05024-KAW |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| TRADER JOE'S COMPANY, | |
| Defendant. | |

1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Robert Gierwatowski voluntarily dismisses without prejudice the above-entitled action against Defendant Trader Joe's Company. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Dated:  July 9, 2021

Respectfully submitted,

**SHUB LAW FIRM LLC**

*/s/ Jonathan Shub*
Jonathan Shub (State Bar No. 237708)
*jshub@shublawyers.com*
134 Kings Highway E Fl 2
Haddonfield, NJ 08033
Telephone: (856) 772-7200
Facsimile: (856) 210-9088

**SHEEHAN & ASSOCIATES, P.C.**
Spencer Sheehan (Pro Hac Vice to file)
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck, NY 11021
Telephone:  (516) 268-7080
Facsimile:   (516) 234-7800

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was filed this 9th day of July, 2021, via the electronic filing system of the United States District Court for the Northern District of California, which will automatically serve all counsel of record.

/s/ Jonathan Shub
Jonathan Shub